IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RASHEEN RIVERS, | : | |
|     *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-0076 |
| | : | |
| JOHN A. REILLY, *et al.*, | : | |
|     *Defendants*. | : | |

## ORDER

AND NOW, this 20th day of March, 2020, upon consideration of Plaintiff Rasheen Rivers's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion to Appoint Counsel (ECF No. 3), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  The Complaint is **DEEMED** filed.

3.  The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

4.  Rivers may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Rivers's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Rivers should be mindful of the Court's reasons for dismissing the

1

claims in his initial Complaint as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5.  The Clerk of Court is **DIRECTED** to send Rivers a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Rivers may use this form to file his amended complaint if he chooses to do so.

6.  Rivers's Motion to Appoint Counsel (ECF No. 3) is **DENIED WITHOUT PREJUDICE** at this time.

7.  If Rivers fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

 */s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**